IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LEONID GOLDSTEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CLIMATE ACTION NETWORK, et al., | ) |
| | ) |
| Defendants. | )  Civil Action No. 5:16-CV-211-C |

## ORDER

The time for responding to Defendants US Climate Action Network Corp., Rockefeller Brothers Fund Inc. and Environmental Grantmakers Association Corp.'s Special Appearance to Request an Extension of Time to Respond to the Complaint is shortened to on or before October 12, 2016, at 9:00 a.m. No reply will be considered.

SO ORDERED.

Dated October 7, 2016.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE