# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **LEONID GOLDSTEIN,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | NO. 5:16-cv-211-C |
| **CLIMATE ACTION NETWORK, CERES INC, ROCKEFELLER BROTHERS FUND INC, GENERATION INVESTMENT MANAGEMENT US LLP, FORD FOUNDATION, THE PEW CHARITABLE TRUSTS, GREENPEACE INTERNATIONAL CORP, ENVIRONMENTAL GRANTMAKERS ASSOCIATION CORP, THE CONSULTATIVE GROUP ON BIOLOGICAL DIVERSITY CORP, SIERRA CLUB FOUNDATION CORP, WORLD WIDE FUND FOR NATURE TRUST, US CLIMATE ACTION NETWORK CORP, GLOBAL CALL FOR CLIMATE ACTION CORP, GENERATION INVESTMENT MANAGEMENT LLP, ALLIANCE FOR CLIMATE PROTECTION CORP, FENTON COMMUNICATIONS CORP, WORLD WILDLIFE FUND INC, GREENPEACE INC, GREENPEACE FUND INC, FRIENDS OF EARTH INTERNATIONAL CORP, FRIENDS OF THE EARTH US CORP, FRIENDS OF THE EARTH (ACTION) INC, ENVIRONMENTAL DEFENSE FUND, INC, ENVIRONMENTAL DEFENSE ACTION FUND CORP, NATURAL RESOURCES DEFENSE COUNCIL INC, NRDC ACTION FUND CORP, SIERRA CLUB CORP, EARTHJUSTICE CORP, THE UNION OF CONCERNED SCIENTISTS INC, THE PEW MEMORIAL TRUST, HOWARD PEW FREEDOM TRUST, MABEL PEW MYRIN TRUST, J.N. PEW JR** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| CHARITABLE TRUST, THE JOHN D AND CATHERINE T MACARTHUR FOUNDATION, THE WILLIAM & FLORA HEWLETT FOUNDATION, THE DAVID AND LUCILE PACKARD FOUNDATION, TIDES FOUNDATION CORPORATION, TIDES CENTER CORPORATION, CLIMATEWORKS FOUNDATION, THE ENERGY FOUNDATION, JOHN and JANE DOES 1-99,<br><br>　　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT WORLD WILDLIFE FUND INC.'S CERTIFICATE OF INTERESTED PERSONS

Defendant World Wildlife Fund Inc., submits the following Certificate of Interested Persons pursuant to LR 3.1(f) of the Local Rules for the United States District Court for the Northern District of Texas, and identifies the following interested persons:

**Plaintiff**
Leonid Goldstein

**Defendants**
Climate Action Network
Ceres Inc.
Rockefeller Brothers Fund Inc.
Generation Investment Management US LLP
Ford Foundation
The Pew Charitable Trusts
Greenpeace International Corp
Environmental Grantmakers Association Corp.
The Consultative Group on Biological Diversity Corp.
Sierra Club Foundation Corp.
World Wide Fund for Nature Trust
US Climate Action Network Corp.
Global Call for Climate Action Corp
Generation Investment Management LLP
Alliance for Climate Protection Corp.
Fenton Communications Corp.
World Wildlife Fund Inc.
Greenpeace Inc.
Greenpeace Fund Inc.
Friends of Earth International Corp.

    Friends of the Earth US Corp
    Friends of the Earth (Action) Inc.
    Environmental Defense Fund, Inc.
    Environmental Defense Action Fund Corp.
    Natural Resources Defense Council Inc.
    NRDC Action Fund Corp.
    Sierra Club Corp.
    Earthjustice Corp.
    The Union of Concerned Scientists Inc.
    The Pew Memorial Trust
    Howard Pew Freedom Trust
    Mabel Pew Myrin Trust
    J.N. Pew Jr Charitable Trust
    The John D. and Catherine T. MacArthur Foundation
    The William & Flora Hewlett Foundation
    The David and Lucile Packard Foundation
    Tides Foundation Corporation
    Tides Center Corporation
    Climateworks Foundation
    The Energy Foundation
    John and Jane Does 1-99

Dated: October 10, 2016.

                        Respectfully submitted,

                        POLSINELLI PC

                        By: */s/ William B. Mateja*
                             William B. Mateja
                             Texas Bar No. 13185350
                             mateja@polsinelli.com
                             Jason C. Hoggan
                             Texas Bar No. 24083188
                             JHoggan@Polsinelli.com
                             2950 N. Harwood St., Suite 2100
                             Dallas, Texas 75201
                             Telephone: (214) 754-5751
                             Facsimile: (214) 397-0033

BUSTOS LAW FIRM, P.C.

By: */s/ Fernando M. Bustos*
    Fernando M. Bustos
    Texas Bar No. 24001819
    Email: fbustos@bustoslawfirm.com
    Aaron M. Pier
    Texas Bar No. 24041694
    Email: apier@bustoslawfirm.com
    1001 Main Street, Suite 501
    Lubbock, Texas 79401
    (806) 780-3976
    (806) 780-3800 FAX

ATTORNEYS FOR DEFENDANT
WORLD WILDLIFE FUND, INC.