UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **Leonid Goldstein**,<br><br>      Plaintiff,<br><br>  v.<br><br>**Climate Action Network**; **Ceres Inc.**; **Rockefeller Brothers Fund Inc.**; **Generation Investment Management LLP**; the **Ford Foundation**; the **Pew Charitable Trusts**; **Greenpeace International Corp.**; **Environmental Grantmakers Association Corp.**; the **Consultative Group on Biological Diversity Corp.**; the **Sierra Club Foundation Corp.**; **World Wide Fund for Nature Trust**; **US Climate Action Network Corp.**; **Global Call for Climate Action Corp.**; **Generation Investment Management US LLP**; **Alliance for Climate Protection Corp.**; **Fenton Communications Corp.**; **World Wildlife Fund, Inc.**; **Greenpeace Inc.**; **Greenpeace Fund Inc.**; **Friends of the Earth International Corp.**; **Friends of the Earth US Corp.**; **Friends of the Earth (Action) Inc.**; **Environmental Defense Fund Inc.**; **Environmental Defense Action Fund Corp.**; **Natural Resources Defense Council Inc.**; **NRDC Action Fund Corp.**; **Sierra Club Corp.**; **Earthjustice Corp.**; the **Union of Concerned Scientists Inc.**; the **Pew Memorial Trust**; **J. Howard Pew Freedom Trust**; **Mabel Pew Myrin Trust**; **J.N. Pew Jr. Charitable Trust**; the **John D. and Catherine T. MacArthur Foundation**; the **William & Flora Hewlett Foundation**; the **David and Lucile Packard Foundation**; **Tides Foundation Corporation**; **Tides Center Corporation**; **ClimateWorks Foundation**; and the **Energy Foundation**,<br><br>      Defendants. | Case 5:16-cv-00211-C |

1

## CERTAIN DEFENDANTS' MOTION TO DISMISS

Certain Defendants – Climate Action Network , U.S. Climate Action Network Corp., Ceres Inc., Environmental Grantmakers Association Corp., The Ford Foundation, Generation Investment Management LLP, Generation Investment Management US LLP, Rockefeller Brothers Fund Inc., Sierra Club Foundation Corp., and The Pew Charitable Trusts – move the Court to dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, Rule 12(b)(3) for improper venue, Rule 12(b)(5) for insufficient service of process,[*] and Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

This motion is supported by an accompanying memorandum of law.

Dated: October 13, 2016

Respectfully submitted,

**/s/ Lawrence M. Doss**

| | |
|---|---|
| Stephen M. Ryan (*pro hac vice* pending) | Lawrence M. Doss (Tex. Bar No. 24012544) |
| D.C. Bar No. 359099 | LDoss@mhba.com |
| sryan@mwe.com | Mullin Hoard & Brown, L.L.P. |
| Sam C. Neel (*pro hac vice* pending) | Post Office Box 2585 |
| D.C. Bar No. 1027756 | Lubbock, Texas 79408 |
| sneel@mwe.com | 806.765.7491 |
| The McDermott Building | 806.765.0553 fax |
| McDermott Will & Emery LLP | |
| 500 North Capitol Street, N.W. | *Attorney for Climate Action Network, US* |
| Washington, DC 20001 | *Climate Action Network, Rockefeller Brothers* |
| 202.756.8000 | *Fund Inc., Ceres Inc., Environmental* |
| 202.756.8087 fax | *Grantmakers Association Corp., Sierra Club* |
| | *Foundation Corp., and The Ford Foundation* |

*Attorneys for The Ford Foundation*

---

[*] As explained in the concurrently filed memorandum in support, only The Ford Foundation, Generation Investment Management LLP, and Generation Investment Management US LLP seek dismissal on Rule 12(b)(5) grounds.

<div style="display:flex">

W. Brad Nes
Texas State Bar No. 24051109
brad.nes@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202)739-5779
Facsimile:  (202)739-3001

*Attorney for The Pew Charitable Trusts*

Matthew E. Miller (*pro hac vice* pending)
mmiller@foleyhoag.com
Kevin J. Conroy (*pro hac vice* pending)
kjconroy@foleyhoag.com
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
(617) 832-7000 fax

*Attorneys for Ceres, Inc.*

Lindsey B. Cohan (Tex. Bar No. 24083903)
Lindsey.Cohan@dechert.com
Dechert LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78731
512.394.3000

*Attorney for Generation Investment Management LLP and Generation Investment Management US LLP*

Thomas R. Burke
DAVIS WRIGHT TREMAINE, LLP
Suite 800
505 Montgomery Street
San Francisco, California  94111-6533
(415) 276-6552
thomasburke@dwt.com

Lacy H. Koonce, III
DAVIS WRIGHT TREMAINE, LLP
Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 603-6467
lancekoonce@dwt.com

*Attorneys for Sierra Club Foundation*

</div>

**CERTIFICATE OF SERVICE**

On October 13, 2016, I electronically submitted the **Certain Defendants' Motion To Dismiss** with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case-filing system of the Court. I hereby certify that I have served all counsel and pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Lawrence M. Doss
Lawrence M. Doss