## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | |
|---|---|
| LEONID GOLDSTEIN<br>*Plaintiff*<br><br>v.<br><br>CLIMATE ACTION NETWORK, CERES INC., ROCKEFELLER BROTHERS FUND INC., GENERATION INVESTMENT MANAGEMENT LLP, FORD FOUNDATION, THE PEW CHARITABLE TRUSTS, GREENPEACE INTERNATIONAL CORP., ENVIRONMENTAL GRANTMAKERS ASSOCIATION CORP., THE CONSULTATIVE GROUP ON BIOLOGICAL DIVERSITY CORP., THE SIERRA CLUB FOUNDATION CORP., WORLD WIDE FUND FOR NATURE TRUST, US CLIMATE ACTION NETWORK CORP., GLOBAL CALL FOR CLIMATE ACTION CORP., GENERATION INVESTMENT MANAGEMENT US LLP, ALLIANCE FOR CLIMATE PROTECTION CORP., FENTON COMMUNICATIONS CORP., WORLD WILDLIFE FUND INC., GREENPEACE INC., GREENPEACE FUND INC., FRIENDS OF THE EARTH INTERNATIONAL CORP., FRIENDS OF THE EARTH US CORP., FRIENDS OF THE EARTH (ACTION) INC., ENVIRONMENTAL DEFENSE FUND INC., ENVIRONMENTAL DEFENSE ACTION FUND CORP., NATURAL RESOURCES DEFENSE COUNCIL INC., NRDC ACTION FUND CORP., SIERRA CLUB CORP., EARTHJUSTICE CORP., THE UNION OF CONCERNED SCIENTISTS INC., THE PEW MEMORIAL TRUST, J. HOWARD PEW FREEDOM TRUST, MABEL PEW MYRIN TRUST, J.N. PEW JR. CHARITABLE TRUST, THE JOHN D. AND CATHERINE T. MACARTHUR FOUNDATION, THE WILLIAM & FLORA HEWLETT FOUNDATION, THE DAVID AND LUCILE PACKARD FOUNDATION, TIDES FOUNDATION CORPORATION, TIDES CENTER CORPORATION, CLIMATEWORKS FOUNDATION, THE ENERGY FOUNDATION, and JOHN AND JANE DOES 1-99<br>*Defendants* | CIVIL CASE NO.<br><br>5:16-cv-211-C |

1

**PLAINITFF'S RESPONSE/OPPOSITION TO MOTION TO DISMISS**

**TO THE HONORABLE U.S. DISTRICT COURT:**

This is a Response/Opposition to the Motions to Dismiss by Defendants Friends of Earth International Corp. ("FOEI") and Global Call for Climate Action ("GCCA"), created them joining the Motion to Dismiss #39 and its accompanying Brief #40, filed by Certain Defendants on 10/13/2016. The Court granted their Motions for Leave to Join (#129, #130, and #131) on February 21, 2017. Thus, all the Defendants have appeared before the Court in this lawsuit, and moved the Court to dismiss the lawsuit.

I respectfully request that this Court denies all Defendants' pending Motions to Dismiss in entirety, and provides me all other relief, in law or in equity, to which I am justly entitled.

This response/opposition is supported by an accompanying Brief.


Dated March 1, 2017.

/s/ Leonid Goldstein

Leonid Goldstein, *pro se*

12501 Tech Ridge Blvd., #1535

Austin, TX 78753

(408) 921-1110

ah@defyccc.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2017, I caused the foregoing document to be electronically transmitted to the Clerk of the Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

/s/ Leonid Goldstein

Leonid Goldstein, *pro se*