IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LEONID GOLDSTEIN, )
)
        Plaintiff, )
)
v. )
)
CLIMATE ACTION NETWORK, et al., )
)
        Defendants. )  Civil Action No. 5:16-CV-211-C

## ORDER

Came on for consideration the Defendants' Motions to Dismiss[1] (together with the Plaintiff's Responses) and the Plaintiff's Motion for Leave to File the First Supplemental Complaint (together with the Defendants' Response and Plaintiff's Reply). Also pending are miscellaneous motions for extension of time, for expedited review, and to exceed page limits.[2]

After careful and considered review of the Complaint, the proposed First Supplemental Complaint, and the ensuing Motions/Responses, the Court finds that Defendants' Motions to Dismiss are meritorious. The Court need not expound upon the well-reasoned and thorough briefing supporting the Motions to Dismiss and finds that the grounds aptly argued therein support dismissal of Plaintiff's lawsuit brought under the Racketeer Influenced and Corrupt

---

[1] ECF Documents Nos. 36, 38, 39 (in which certain Defendants joined), and 90.

[2] ECF Documents Nos. 19, 21, and 26.

Organizations Act (RICO). In essence, Plaintiff, Leonid Goldstein, has failed to state claims under RICO in his Complaint and proposed First Supplemental Complaint as a matter of law.[3]

The Court **GRANTS** the Motions for Extension of Time and for Leave to File Brief in Excess of Page Limits and **DENIES** the Motion for Expedited Review. For the reasons argued by the Defendants in their Motions to Dismiss and Briefs in Support, the Court **GRANTS** the Defendants' Motions to Dismiss. The Court **DENIES** the Plaintiff's Motion for Leave to Supplement Complaint for the reasons stated in the Response thereto. The Plaintiff's claims are **DISMISSED** with prejudice.

SO ORDERED this 12th day of June, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[3]Other bases for dismissal sought by the Defendants in the Motions to Dismiss are meritorious grounds for dismissal as well.